784

No. 1143. UNITED STATES v. MT. CLEMENS POTTERY Co. ET AL. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit dismissed on motion of counsel for the petitioner. *Attorney General Clark* for the United States.

No. 512. RALEY ET AL., TRADING AS RALEY'S FOOD STORE, v. FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. Certiorari, 329 U. S. 705, to the United States Court of Appeals for the District of Columbia. April 28, 1947. Motion to vacate order of this Court substituting Fleming for Porter denied.

No. 1223. CHELTENHAM & ABINGTON SEWERAGE Co. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION.

No. 1230. NEWTON OIL Co. v. BOCKHOLD ET AL. April 28, 1947. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed. Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *George Henry Huft* for appellant in No. 1223. *Max P. Zall* for appellant in No. 1230. *Charles E. Thomas, Samuel Graff Miller* and *William McKelvy Rutter* for appellee in No. 1223. *Henry E. Lutz* for appellees in No. 1230. Reported below: No. 1223, 355 Pa. 377, 49 A. 2d 707; No. 1230, 115 Colo. 510, 176 P. 2d 904.